IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08-CR-00051-KDB-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARCUS DWAYNE PARHAM | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se pleading (Doc. No. 141) requesting a sentence reduction pursuant to Amendment 750 to the Sentencing Guidelines.

This Court has previously ruled that Amendment 750 provides no change in the guideline calculations in this case. (Doc. No. 95: Order denying Sentence Reduction at 1).

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 141) is **DENIED**.

The Clerk is directed to certify copies of this Order to the defendant, the Federal Defender, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 4, 2019

Kenneth D. Bell
United States District Judge